UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MOHAMED NAGI ALMULAIKI and
SUPERIOR CRESCENT DELI INC.,

Plaintiffs,

Civil Action
No. 1:26-cv-2146 (AMD) (JAM)

-v-

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF
AGRICULTURE, FOOD AND NUTRITION
SERVICE,

Defendants.

## STIPULATION OF SETTLEMENT

WHEREAS Mohamed Nagi Almulaiki and Superior Crescent Deli Inc. ("**Plaintiffs**"), filed the complaint in the above-captioned matter on or about April 11, 2026, against the United States of America, United States Department of Agriculture, Food and Nutrition Service ("**Defendants**"; and collectively with Plaintiffs, the "**Parties**"), seeking to set aside a Final Agency Decision of the United States Department of Agriculture, Food and Nutrition Administration ("**FNA**," formerly the Food and Nutrition Service) dated March 25, 2026, temporarily disqualifying Plaintiffs from the Supplemental Nutrition Assistance Program ("**SNAP**"); and

WHEREAS the Parties desire to resolve all claims in this action and to memorialize the terms of their settlement:

IT IS STIPULATED AND AGREED, by and between the Parties, through their respective counsel, as follows:

1.      This action is dismissed with prejudice and without costs, expenses, or attorneys' fees.

1

2. The date on which the last Party executes this Stipulation shall be referred to as the **"Effective Date"** of this Stipulation.

3. Plaintiffs shall promptly execute, return to Defendants, and file with the Court the Stipulation of Dismissal with Prejudice within seven days of the Effective Date.

4. In lieu of a temporary one-year disqualification from SNAP, Plaintiffs agree to pay FNA a civil money penalty ("**CMP**") totaling $11,000.00. Plaintiffs shall pay the CMP in twelve equal installments of $916.67, with the first installment payment due within 30 days of the Effective Date, and each subsequent installment payment due within 30 days of the due date of the immediately-prior installment payment, such that Plaintiffs shall have paid the CMP in full within 180 days of the Effective Date.

5. Plaintiffs shall make payments through Pay.gov. Pursuant to Step 4 of the Pay.gov instructions, the Financial Litigation Program reference number – CDCS number – must be entered in the "CDCS" field in order to credit the payment properly. Plaintiffs will be provided payment information, including a CDCS number, by counsel for Defendants. Accepted payment methods through Pay.gov are bank account transfer (ACH) or debit/check card.

6. If Plaintiffs fail to make any CMP installment payment referenced in Paragraph 4 above when due, after a seven-day grace period, Plaintiffs shall be deemed in default of this Stipulation, and Plaintiffs agree that: (a) they will be immediately disqualified from SNAP for one year; (b) they will have waived the right to administrative and/or judicial review of such disqualification; and (c) they forfeit any portion of the total CMP that they had already paid.

7. Plaintiffs shall make all payments as provided in this Stipulation regardless of whether they continue to operate the store during the time when any payment is due.

8. Plaintiffs agree to obtain, within thirty (30) days of the Effective Date of this

Stipulation, a Collateral Bond/Irrevocable Letter of Credit in favor of FNA in the amount of $1,806.00 to ensure that program integrity is protected as provided in the SNAP regulations at 7 C.F.R. § 278.1(b)(4). This Collateral Bond/Letter of Credit shall be maintained and remain in full force and effect for a term of five (5) years from the date of issuance. The original Collateral Bond/Letter of Credit shall be submitted to the United States at the following address:

USDA Food and Nutrition Administration
P.O. Box 7228 (USPS only)
Falls Church, Virginia 22040

A copy of the Collateral Bond/Letter of Credit shall be provided to Defendant's counsel by e-mail. If Plaintiffs fail to submit the original Collateral Bond/Letter of Credit when due, after a seven-day grace period, Plaintiffs shall be deemed to be in default of this Stipulation, and agree to the same terms in Paragraph 6, above.

9. Plaintiffs further agree to comply with, and remain subject to, all applicable laws and regulations of SNAP, and to fulfill their obligations as set forth in this Stipulation.

10. The Parties agree that this Stipulation is not intended to be grounds for a reciprocal sanction of the Plaintiffs from the Supplemental Nutrition Program for Women, Infants, and Children ("**WIC**"). However, should Plaintiffs be deemed to be in default of this Stipulation, FNA may refer Plaintiffs to the state authority that administers WIC and the state authority may impose a reciprocal WIC sanction.

11. This Stipulation does not vacate, but rather supersedes FNA's Final Agency Decision, dated March 25, 2026, and does not preclude Defendants from taking any administrative or civil action against Plaintiffs based on future conduct as permitted by the Food and Nutrition Act of 2008, as amended, the SNAP regulations, or any other applicable laws or regulations.

3

12. Plaintiffs agree to waive any right to a jury trial, to the extent any right existed, on the issues arising from the Final Agency Decision or the determination to disqualify its participation in SNAP.

13. Plaintiffs acknowledge that they fully understand the waivers of rights set forth in this Stipulation and knowingly and voluntarily waive those rights after a full and complete opportunity to consult an attorney regarding said waivers and their meaning.

14. The Parties acknowledge, understand, and agree that this Stipulation sets forth the entire agreement between them relating to the subject matter hereof.

15. This Stipulation shall be binding upon and inure to the benefit of the Parties and their respective legal representatives, successors, and assigns.

16. It is contemplated that this Stipulation may be executed in several counterparts. All such counterparts and signature pages, together, shall be deemed to be one document.

*[remainder of page intentionally left blank]*

Dated: June 12, 2026

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201

By:  */s/ Edward K. Newman*

EDWARD NEWMAN
Assistant U.S. Attorney
(718) 254-7000
Edward.Newman@usdoj.gov
*Counsel for Defendants*

Dated: June 12, 2026

MOHAMED NAGI ALMULAIKI
*Plaintiff*

Dated: June 12, 2026

SUPERIOR CRESCENT DELI INC.
*Plaintiff*

By:

MOHAMED NAGI ALMULAIKI
Title: PRESIDENT

Dated: June 12, 2026

LAW OFFICE OF JESS M. BERKOWITZ
*Counsel for Plaintiffs*

By:

JESS M. BERKOWITZ, ESQ.
401 Broadway, Room 2306
New York, NY 10013
Tel.: (917) 733-7701
Email: jessberkowitzesq@aol.com

SO ORDERED:

s/Ann M. Donnelly

Honorable Ann M. Donnelly
United States District Judge

Dated: 6/15/2026

5